IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALMA DOOLEY                                                                                          PLAINTIFF

v.                                        Civil No. 4:14-cv-6022

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Comes now the Court on this the 12th day of February, 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE